UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2021
```

Lily Pirouzian,

                Petitioner,

–v–

Credit Suisse Securities (USA) LLC,

                Respondent.

20-cv-10540 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court received a voicemail on February 10, 2021, from counsel for the Petitioner seeking adjournment of the upcoming initial pretrial conference and informing the Court that the Respondent does not intent to oppose the petition to confirm an arbitration award. Because discovery is unlikely to be necessary in this matter, the initial pretrial conference scheduled for February 26, 2021, is adjourned sine die. The parties should inform the Court if they believe that discovery will be necessary. If Respondent does not enter an appearance and respond to the petition within sixty days of service of this Order, the Court will deem the petition unopposed.

    The Court reminds the parties that pursuant to Rule 1.A of the Court's Individual Practices in Civil Cases, all communications with the Court shall be by letter filed on ECF.

    The Petitioner shall serve the petition, summons, and a copy of this Order on the Respondent and file an affidavit of service on the public docket by February 26, 2021.

    SO ORDERED.

Dated: February 10, 2021
       New York, New York

                                      ALISON J. NATHAN
                                      United States District Judge