USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/4243

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lily Pirouzian,

        Petitioner,

–v–

Credit Suisse Securities (USA) LLC,

        Respondent.

20-cv-10540 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Petitioner Lily Pirouzian petitions to confirm a FINRA arbitration award in her favor. In February 2021, counsel for the Petitioner contacted the Court to inform the Court that Respondent Credit Suisse Securities (USA) LLC did not intend to oppose the petition, because the underlying arbitration involved expungement of customer complaints and only nominally named Credit Suisse as a respondent. Following that communication, the Court entered an order stating that it would deem the petition unopposed if Credit Suisse did not oppose the petition within sixty days. Dkt. No. 6. Pirouzian filed proof of service of the petition and the Court's prior order. Credit Suisse has not entered an appearance or opposed the petition, and so the Court deems it unopposed. The Court sees no basis to disturb the arbitrator's reasoned award.

    The Court thus GRANTS Pirouzian's unopposed petition to confirm the arbitration award (Dkt. No. 1). The Clerk of Court is respectfully directed to enter judgment and close the case.

    SO ORDERED.

Dated: July 1, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge