USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Lily Pirouzian,

       Petitioner,

-against-

Credit Suisse Securities (USA) LLC,

       Respondent.
-----------------------------------------------------------X

20 **CIVIL** 10540 (AJN)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 1, 2021, Petitioner Lily Pirouzian petitions to confirm a FINRA arbitration award in her favor. In February 2021, counsel for the Petitioner contacted the Court to inform the Court that Respondent Credit Suisse Securities (USA) LLC did not intend to oppose the petition, because the underlying arbitration involved expungement of customer complaints and only nominally named Credit Suisse as a respondent. Following that communication, the Court entered an order stating that it would deem the petition unopposed if Credit Suisse did not oppose the petition within sixty days. Dkt. No. 6. Pirouzian filed proof of service of the petition and the Court's prior order. Credit Suisse has not entered an appearance or opposed the petition, and so the Court deems it unopposed. The Court sees no basis to disturb the arbitrator's reasoned award. Pirouzian's unopposed petition to confirm the arbitration award is GRANTED; accordingly, the case is closed.

**Dated**: New York, New York
   July 2, 2021

             **RUBY J. KRAJICK**
             **Clerk of Court**

**BY:** *Kmango*
             **Deputy Clerk**